IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Bureau of Consumer Financial Protection, | ) | |
| | ) | Case No. 1:20-cv-06879 |
| *Plaintiff,* | ) | |
| | ) | Judge John J. Tharp |
| v. | ) | |
| | ) | Magistrate M. David Weisman |
| FDATR, Inc., *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**JOINT REQUEST FOR AN EXTENSION OF SUMMARY JUDGEMENT DEADLINES**

On August 31, 2022, the Court held a status conference during which it set the following deadlines for summary judgment briefing: Plaintiff's dispositive motion due by October 14, 2022; Defendant Tucci's response due by November 15, 2022; and Plaintiff's reply due by December 6, 2022. (ECF No. 77). The Bureau filed its Motion for Summary Judgement against Defendant Dean Tucci on October 14, 2022, and subsequently filed a Notice of Errata Regarding Its Motion for Summary Judgment on October 20, 2022. (ECF Nos 80, 81). In light of the Bureau's Errata, Defendant Tucci now requests an additional week to file his response to the Bureau's motion. And, in turn, to ensure that there is sufficient time for agency review, the Bureau requests an additional week to file its reply.

Therefore, the Bureau and Defendant Tucci respectfully request that the Court revise the deadlines for summary judgment briefing as follows:

- Defendant Tucci's response due by November 22, 2022; and
- Plaintiff's reply due by December 13, 2022.

Dated: November 14, 2022

Respectfully submitted,

/s/ Carmen Christopher
Kristina D. Betts (AZ Bar No. 024859)
Telephone: (202) 834-2723
kristina.betts@cfpb.gov
Carmen L. Christopher (CA Bar No. 231508)
Telephone: (202) 754-0329
carmen.christopher@cfpb.gov
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington DC, 20552

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*