# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Bureau of Consumer Financial Protection
                                                            Plaintiff,

v.                                                          Case No.: 1:20−cv−06879
                                                            Honorable Georgia N Alexakis

FDATR, Inc, et al.
                                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 6, 2025:

  MINUTE entry before the Honorable Georgia N Alexakis: Plaintiff's response to defendant's motion to dismiss for lack of prosecution is due on or before 3/11/25. Plaintiff's reply in support of his motion is due on or before 3/25/25. No appearance is required on 2/11/25.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.