# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Bureau of Consumer Financial Protection
                                                                  Plaintiff,

v.                                                          Case No.: 1:20−cv−06879
                                                                        Honorable Georgia N Alexakis

FDATR, Inc, et al.
                                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2025:

      MINUTE entry before the Honorable Georgia N Alexakis: For the reasons stated in the accompanying order, the Court finds that the Bureau's asked−for restitution of $2,117,133.28 and civil monetary penalty of $41,123,897 are warranted by the record and the law. Tucci's motion to dismiss for want of prosecution [116] is denied. The Bureau is directed to submit a Word version of its proposed order seeking injunctive and monetary relief to the Court's proposed order inbox by 5/8/25. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.