# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Bureau of Consumer Financial Protection
                              Plaintiff,

v.                                         Case No.: 1:20−cv−06879
                                                      Honorable Georgia N. Alexakis

FDATR, Inc, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 15, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis: The Court denies defendants' motion to withdraw or dismiss a notice of appeal and docketing statement filed on September 4, 2025 [154]. Defendants appear to have filed their motion in the wrong court, as the Seventh Circuit already has directed that any motion to voluntarily dismiss a potentially duplicative appeal in this matter be filed in the court of appeals pursuant to Federal Rule of Appellate Procedure 42(b). See Appeal No. 25−2607, Dkt. 2 (7th Cir.). In addition, although Federal Rule of Appellate Procedure 42(a) permits the district court to dismiss an appeal "on the appellant's motion with notice to all parties," the district court only has this authority "before an appeal has been docketed by the circuit clerk." See Fed. R. App. P. 42(a). Here, however, the circuit clerk already has taken this action. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.